**CEM**

**FILED**
**NOVEMBER 27, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6657**

In the Matter of　　　　　　　　　　　　　　　Case Number:

Cesar Gomez-Maldonado, a Minor (Agency No. A98 666 843)
v.
M. Yvonne Evans, Chief of the Juvenile and Family Residential Management Unit of the Detention and Removal Operations for the Bureau of Immigration and Customs Enforcement; The

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Cesar Gomez-Maldonado

**JUDGE HART**
**MAGISTRATE JUDGE COX**

| NAME (Type or print) |
| --- |
| Howard S. Suskin |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Howard S. Suskin |
| FIRM |
| Jenner & Block, LLP |
| STREET ADDRESS |
| 330 N. Wabash Ave. |
| CITY/STATE/ZIP |
| Chicago |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6185999 | 312-923-2604 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐　　　APPOINTED COUNSEL ☐