# EXHIBIT A

CATHOLIC CHARITIES OF THE ARCHDIOCESE OF MIAMI, INC
UNACCOMPANIED MINORS PROGRAM

PSYCHOSOCIAL ASSESSMENT UPDATE

I. **IDENTIFYING INFORMATION:**

Minor: Cesar Gomez-Maldonado
Alien #: 098-666-843
DOB: 01/15/89
Age: 17 years old
Sex: Male
Race: White-Hispanic
Religion: Catholic
Language: Spanish
Legal Status: Illegal alien
DOA: 09/29/06
DOE: 10/03/06

II. **DESCRIPTION OF MINOR/MENTAL STATUS:**
Minor is a 17 years old White-Hispanic boy from El Salvador. He is petite and slim. Minor does not know his DOB he only knows he is 17 years old and he is not sure where he was born because he used to live in the streets abandoned by parents. He was simple, humble and cooperative. He was able to communicate his needs. His speech was simple and familiar.

III. **PRESENTING PROBLEM/REASON FOR PLACEMENT:**
Minor entered illegally to the country and got detained. He did not have sponsor but he does not want to come back to his country.

IV. **FAMILY HISTORY:**

Father's Name: Cesar Gomez abandoned minor on 1997
Mother's Name: Ana Maldonado, abandoned minor when he was 7 years old.
Brothers Names: minor said he does not know.
Sisters Names: Minor said he does not know.
Others living in the house: Minor used to work in ranchos, living in different one.
Where were you born? El Salvador. Minor said he is not sure where he was born.
How many siblings do you have? Minor does not know.
Parents Status: Unknown.
Describe your relationship with your parents while you were growing up: Minor said that his parents used to abuse drugs and alcohol and they used to live in the street. Parents abandoned him when he was 7 years old. He used to go to the house of a Guatemalan family; they used to give him food. after a year, he said

they were poor and did not help him anymore; he continues living in the streets. Minor said when he was 11 years old he began to work in different places as ranchos picking papayas and he was taking care of him. He did not know if he had brother, sisters or any other family. He did not know where or when he was born. Only one time on the anniversary of a saint his mother told him he was born in his day, so he said he is 17 years old on that day.

Is there any history of family violence, abuse or neglect? Minor said he was advised by gang members, "maras" to join them or to be in trouble. He used to be with maras but he used to pay them so he did not have to do all they want him to do. He has to move frequently his place of living.

## V.   SUPPORTIVE NETWORK:

Relatives living in the United States: No relatives in USA
Describe your relationship with your sponsor in the U.S.: N/A

## VI.   EDUCATIONAL BACKGROUND:

What is the highest educational level you have reached? No school
Minor's attitude toward school: Minor was not attending school; he said friends taught him how to read and write.
Relationship with Teacher and other Students: N/A
Plans for the future relating to educational/vocational issues: Minor used to work cutting papayas in different ranchos.

## VII.   HEALTH HISTORY:

Do you have any health problems/complaints? No
Are you on any medication? No
Have you ever had a seizure? No
If yes, what happened? No
Have you or your family had a history of psychiatric problems? No
Have you ever or are you currently using drugs, alcohol or cigarettes? Minor reported he used to smoke marihuana since he was 9 or 10 years old, 3 times a day until April 2006. Minor used to drink an alcoholic beverage called "Cana" about 2 times a week he used to get drank when he was 14 to 16years old.
List some of your leisure interests and aptitudes: Minor likes to play soccer and music.
Are you able to perform by yourself the skills necessary to perform the activities of daily living? Yes

## VIII.   INTERPERSONAL RELATIONSHIPS:

Does Minor Tease or Pick on Other Children: No
Does Minor Avoid Other Children: No
Does Minor Enjoy Being with Other Children: Yes
Is Minor Trusting: Yes
Is Minor Optimistic: Yes
Is Minor Anxious: Minor gets anxious when taking about his life in the streets.
Is Minor Depressed: Yes
Is Minor Hyperactive: No
Is Minor Angry: No
Is Minor Shy: No
Is Minor Happy: Sad when he remembers his past life. Minor feels happy to have food and a place to sleep.
Has Minor Ever Said He/She Wanted to Kill Him/Herself or Others: No as reported by minor.
Did he/She have any Plans: None as reported by minor.

IX. **OVERALL STAFF IMPRESSION:**
Minor follows directions and participates in daily activities.

X. **MINOR'S PERCEPTION OF PLACEMENT:**
Minor said he likes everything.

XI. **RECOMMENDATIONS:**
It is this worker's recommendation that minor continues in this shelter until the Legal matter is resolved, or a suitable sponsor is found.

*The estimated length of service is (circle one):* **Short-term (<90days)** *or Longer-term (>90days)*

_____Cecilia Hernandez MEd, IMHC_____          10-03-06
**Staff Signature**                                                                       Date