# EXHIBIT B

## Kelly Hill, Linda Ann

**From:** Matuszak, Eileen (ACF) [Eileen.Matuszak@ACF.hhs.gov]
**Sent:** Wednesday, January 10, 2007 9:30 PM
**To:** Kelly Hill, Linda Ann; sylvia.bonaccorsi-manno@dhs.gov; Robert.Podgorni@dhs.gov
**Cc:** jharrison@swyouthvillage.com; gabrielamiller@swyouthvillage.com; Ed Hicks; btilly@swyouthvillage.com; cupdike@swyouthvillage.com
**Subject:** FW: Cesar Gomez-Maldonado A98 66 843

Good evening to all,

I am writing to inform you that Maureen has reviewed the forensic evaluation from Dr. John P. Kenney, the forensic odontologist in Park Ridge, Illinois, which shows that the 4 molars have a more than 50 percent probability of indication that the minor is under the age of 18. The probability between all the molars is between 63 percent and 55 percent. Based on the odontologist's report and on DUCS policies and procedures, ORR has determined that Cesar Maldonado will not be turning 18 years old on Monday, January 15, 2007 and that his age is 17. He will remain in our custody. This is a very unusual case in that the boy has lived on his own for many years working and traveling through several countries. He does not know where he was born. Several consulates have tried to make this determination as well, and have not come to any conclusions. We will keep you updated as and if we learn more.

Thank you for your cooperation on this unique case and please let us know if you have any questions on this matter.

-Eileen