# EXHIBIT C

**JOHN P. KENNEY, D.D.S., M.S.**
Pediatric Dentist
Forensic Odontologist
101 S. Washington Street
Park Ridge, IL 60068-4290
847/698-2088 Voice
847/698-2091 Fax
frnscdds@aol.com

US Office of Refugee Relocation       1/10/07
Washington, DC
Attn: Maureen Dunn, Director
FAX 202- 401-1022

        RE: Caesar Gomez-Maldonado  A 98 66 843
        Stated DOB  1/15/89

Dear Ms. Dunn:

I was contacted about a week ago by a Dr. Ronald Deckard of Vincennes Indiana regarding assistance with dental ageing of the above captioned individual. I advised him that at a minimum, a panoramic x-ray would be necessary to make a determination. On 1/9/07 a copy of a panorex taken 1/3/07 was emailed to my office for review by Karen Kohlhouse of the Southwest Indiana Regional Youth Village.

Based on my review of the radiograph and comparison to the third molar development of Hispanic's study done by Solari and published in the Journal of Forensic Science, it is my opinion that the individual depicted in the submitted radiograph is **likely younger than 18 years of age**. The exam of the teeth are such that they classify somewhere between Class G and Class G1
The probability numbers are for the individual being UNDER 18 years of age, and are all greater than 50%.

| 3rd Molar Classification | by Solari Class | Mean Age | Std Deviation | Probability |
|---|---|---|---|---|
| Maxillary right #1 | G/G1 | 16.7/18.0 | 1.4/1.9 | 82/60% |
| Maxillary left #16 | G/G1 | 16.7/18/0 | 1.4/1.9 | 81/63% |
| Mandibular left #17 | G/G1 | 17.1/18.4 | 1.7/2.2 | 73/53% |
| Mandibular right #32 | G/G1 | 17.1/18.4 | 1.7/2.2 | 77/55% |

Sincerely,

John P. Kenney, DDS, MS D-ABFO
    DIPLOMATE: AMERICAN BOARD OF FORENSIC ODONTOLOGY
    FELLOW: AMERICAN ACADEMY OF PEDIATRIC DENTISTRY