# EXHIBIT D

## Addendum

**Date**: 10/24/2006
**Minor:** Cesar Gomez Maldonado
**DOB**: 01/15/1989
**Date of Admission**: 09/29/2006

This information will be served as an updated to the initial information due to some new information provided by Cesar.

Cesar has been stated that he cannot identify where is he from. He said that has been living in Mexico since he was 7 years old and after his parents left the house, he was living with a Guatemalan couple who supported him for approximately 2 years. After that, the child joined to the gangs in the location where he was living with many people from different nationalities. The child stated that he has drugs abused. At the beginning he admitted the Marihuana, but later on the child admitted the cocaine derivation and some substances that contains gasoline to inhale.

After the medical screening the tests showed that the child has some stomach's problems. The Medical Coordinator, Maria Plaza is working to find out the specialist to start his tests as soon as possible.

During this last week, the child has been turned into an aggressive child. He is looking into some costumes of his life on the street. He is going from very high level of anxiety to a big depression. He shows to be very sad and minutes later very happy. He has very low level to control his attitude when he feels sad and does not accept that the staff speaks to him and lose a little big control.

You should receive in your hands a written letter that shows the minor's thoughts after he got an incident today in the morning with another minor after playing.

**Belkis Medina**
**Lead Case Manager**
**Boystown/UMP**