# EXHIBIT E

**U.S. Department of Justice**
Immigration and Naturalization Service

# Record of Deportable/Inadmissible Alien

| Field | Value |
|---|---|
| Family Name (CAPS), First, Middle | GOMEZ-MALDONADO, Cesar |
| Country of Citizenship | EL SALVADOR |
| Passport Number and Country of Issue | |
| File Number | Case No: FHT0609000028  A098 666 843 |
| Sex | M |
| Hair | BLK |
| Eyes | BRO |
| Cmplxn | MED |
| Height | 60 |
| Weight | 118 |
| Occupation | LABORER |
| U.S. Address | SOUTHWEST KEY JUVENILE FACILITY P.O. BOX 607  CANUTILLO, TEXAS 79835 |
| Date, Place, Time, and Manner of Last Entry | 09/28/2006, 1300, FTH, PWA (A FOOT) |
| Passenger Boarded at | |
| Scars and Marks | See Narrative |
| F.B.I. Number | 416208NC4 |
| Marital Status | ☒ Single |
| Number, Street, City, Province (State) and Country of Permanent Residence | UNKNOWN ADDRESS  SAN SALVADOR, EL SALVADOR  EL SALVADOR |
| Date of Action | 09/28/2006 |
| Location Code | EPT/FHT |
| Method of Location/Apprehension | PB 518.3 |
| At/Near | FHT |
| Date/Hour | 09/28/2006 1310 |
| Date of Birth | 01/15/1989   Age: 17 |
| AR | ☒ |
| Form: (Type and No.) | |
| Lifted | ☐ |
| Not Lifted | ☐ |
| By | See Narrative |
| City, Province (State) and Country of Birth | SAN SALVADOR, EL SAVALDOR, EL SALVADOR |
| Social Security Account Name | |
| Status at Entry | PWA Other |
| Status When Found | TRAVEL/SEEKING |
| NIV Issuing Post and NIV Number | |
| Date Visa Issued | |
| Social Security Number | |
| Length of Time Illegally in U.S. | AT ENTRY |
| Immigration Record | NEGATIVE - See Narrative |
| Criminal Record | None known |
| Number and Nationality of Minor Children | NONE |
| Name, Address, and Nationality of Spouse | |
| Father's Name, Nationality, and Address | GOMEZ, Cesar   Nationality: EL SALVADOR |
| Mother's Present and Maiden Names | MALDONADO, Anna   Nationality: EL SALVADOR |
| Monies Due/Property in U.S. Not in Immediate Possession | |
| Fingerprinted? | Yes ☒  No ☐ |
| INS Systems Checks | See Narrative |
| Charge Code Word(s) | I6A |
| Name and Address of (Last)/(Current) U.S. Employer | |
| Type of Employment | |
| Salary | Hr. |
| Employed from/to | / /   / / |

**Narrative** (Outline particulars under which alien was located/apprehended...)

FIN #: 19666402

SCARS, MARKS AND TATTOOS
SCAR HEAD, NONSPECIFIC

APPREHENDED BY
JUAN VASQUEZ
GILBERT SOTO

FUNDS IN POSSESSION
18.20    Mexican Peso

INS SYSTEMS CHECKS
Automated Fingerprint Identification System Negative
Deportable Alien Control System Negative
Integrated Automated Fingerprint Identification System Negative
National Crime Information Center Negative

Narrative Title: Record of Deportable/Excludable Alien
Narrative Created by VASQUEZ

TRAVEL DATA: Subject GOMEZ-Maldonado, Cesar claims to have departed San Salvador, El Salvador on January 15, 1995 with his mother via bus en route to the Mexico/Guatemala

JEFFREY HERNANDEZ
Border Patrol Agent
(Signature and Title of INS Official)

Alien has been advised of communication privileges JH 9/28/06 (Date/Initials)

Distribution:
I DO NOT HAVE AN ATTORNEY IN MY IMMIGRATION CASE
SCREENING AND PROSECUTIONS
A-FILE

Received: (Subject and Documents) (Report of Interview)
Officer: JEFFREY HERNANDEZ
on September 28, 2006 at 1946 (time)
Disposition: Warrant of Arrest/Notice to Appear
Examining Officer: RUSSELL MOORE

Form I-213 (Rev. 4/1/97)

| Alien's Name | File Number | Date |
|---|---|---|
| GOMEZ-MALDONADO, Cesar | Case No: FHT0609000028<br>A098 666 843 | 09/28/2006 |

border. The same day, he illegally entered into the border town of Tapachula, Mexico. After his illegal entry, he traveled to Puebla, Mexico. His mother then abandoned. Subject Gomez continued living in Puebla, Mexico for the next two years. In 1997 he traveled to Tabasco, Tabasco, Mexico and lived there with a family he met along the way. He left Tabasco, Mexico in 2001 traveling by bus to Chiapas, Mexico. On September of 2005 he departed Chiapas, Mexico to Mexico City, Mexico by boarding a train. He hitched a train to Irapuato, Guanajuato, Mexico and worked there for about ten days. He was given a ride to Aguas Calientes, Aguas Calientes, Mexico where he boarded a bus to Cd. Juarez, Chihuahua, Mexico. On September 24, 2006 subject took a bus from Juarez to where he was told where to cross. On September 28, 2006, he made his illegal entry into the United States at approximately 1300 hours. Subject intended to travel to Los Angeles, California to seek employment.

ENTRY DATA:

Subject GOMEZ-Maldonado, Cesar is a native and citizen of El Salvador by virtue of his birth in San Salvador, El Salvador, on 01/15/1989. GOMEZ-Maldonado, last entered the United States illegally on 09/28/2006 at approximately 1300 by wading across the Rio Grande River approximately 4.1 miles east of the Fort Hancock Port of Entry located in Hudspeth County, a place not designated as a port of entry, nor was he inspected by an Immigration Officer of the United States. At the time of his arrest subject was not in possession of any Immigration Documents allowing him to enter, be in or remain in the United States legally, nor does he have any petitions pending on his behalf.

ARREST DATA:

On today's date, 9/28/2006, at approximately 1300 hours Border Patrol Agents Juan A. Vasquez and Gilbert Soto encountered a male subject on the levee road 4.1 miles east of the Fort Hancock Port-of-Entry located in Hudspeth County Texas. Agents Vasquez and Soto identified themselves as United States Border Patrol Agents and questioned the subject as to his citizenship. The subject claimed to be a citizen of Mexico, with no immigration documents allowing him to be or remain in the United States legally. The subject was transported to the Fort Hancock Border Patrol Station for processing.

Once at the station the male subject was identified as an unaccompanied juvenile GOMEZ-MALDONADO, Cesar, (DOB 1/15/1989). The subject claimed to be a citizen of Mexico and was processed utilizing the Enforce/Ident/Iafis system. Subject Gomez was granted a voluntary return to Mexico. Juvenile Coordinator Sanchez at PDT was notified and approved the transport to PDT. After a lengthy interview with Mexican Consulate Officer Max Otto, it was determined that subject GOMEZ-Maldonado was a citizen of El Salvador. Subject stated he was not sure as to which country he was born, but claims both his parents are natives and citizens of El Salvador. Records checks were run through Sector Radio communications KAK 880 and returned with negative results.

IMMIGRATION HISTORY: Negative

| Signature | Title |
|---|---|
| JEFFREY HERNANDEZ | Border Patrol Agent |

2 of ___ Pages

Form I-831 Continuation Page (Rev. 6/12/92)

| Alien's Name | File Number | Date |
|---|---|---|
| GOMEZ-MALDONADO, Cesar | Case No: FHT0609000028<br>A098 666 843 | 09/28/2006 |

CRIMINAL HISTORY: Negative

DISPOSITION: Subject GOMEZ-Maldonado, Cesar was issued a WA/NTA to appear A# 098 666 843. As per Deportation Officer Joe Lopez Southwest Keys was full and requested that the subject be held at El Paso Station until 9/29/2006. As per FOS Contreras subject was transported El Paso Station. Subject is illegally in the United States, has no close family ties or roots in this country and is likely to abscond.

| Signature | Title |
|---|---|
| JEFFREY HERNANDEZ | Border Patrol Agent |

3 of 3 Pages

Form I-831 Continuation    6/12/92