# EXHIBIT F



*Consulado General de la República de El Salvador*
*104 South Michigan Avenue, Suite 816,*
*Chicago, Illinois 60603*

December 12, 2006

Professor Linda Kelly Hill
IUPUI Indiana University
503 W. New York St.
Indianapolis, Indiana 4620256

Ref. Cesar Gomez Maldonado

Dear Professor Hill:

This letter responds to your request for vital records and establishment of nationality for the minor Cesar Gomez Maldonado. We have considered your request, however, based upon the limited information you have been able to provide regarding Mr. Gomez' family background, we regret that we are unable to assist you in locating a birth certificate or assuring you of his nationality.

To Better assist you please provide me with an exact date of birth, place of birth, mother and fathers full name. Again given the limited information provided, I believe it is unlikely that we will be able to locate information regarding Cesar Gomez Maldonado.

Please feel free to contact me with any further questions you may have.

Sincerely,

Patricia A. Fernandez Montlavo
Viceconsul