# EXHIBIT G

# SECURE DETENTION
# INDIVIDUAL PROGRESS LOG

Youth Name: Cesar Gomez Maldonado    Admit Date: 10-27-06

A#: 098-466-843    DOB: 12-15-89

| | |
|---|---|
| ✱ 1-3-07 | Guatemalan Consulate interviewing minor they determined that Cesar is not from Guatemala. M.U. |
| | Per Eileen go ahead w/ Dental examination to determine age. |
| 1-3-07 | Mexican Consulate interviewing minor. Erendira Quintero will be requesting information from the Civil Registry of Puebla and Veracruz. |
| 1-3-07 | Dental X-ray Done    M.U. |
| 1-4-07 | Youth release to appear in court before the Immigration Judge. M.U. |
| 1-4-07 | Cesar Xray will be fax to Doctor Kenny to conduct a forensic evaluation. |
| 1-10-7 | Formal letter w/ results from the Dental evaluation, faxed to Maureen Dunn as well to our facility. Reports determine minor under 18 years old. M.U. |
| 1-11-07 | Attorney Kelly-Hill professional visit w/ minor. M.U. |
| 1-11-07 | Cesar is very happy of his age and he is [illegible] because he will not have to go to Adult Det. |