# EXHIBIT H

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## DIVISION

| | | |
|---|---|---|
| Cesar Gomez-Maldonado, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| M. YVONNE EVANS, Chief of the | ) | |
| Juvenile and Family Residential | ) | No. |
| Management Unit of the Detention and | ) | |
| Removal Operations for the Bureau of | ) | Judge |
| Immigration and Customs Enforcement in | ) | |
| the Department of Homeland Security, | ) | |
| THE BUREAU OF IMMIGRATION AND | ) | |
| CUSTOMS ENFORCEMENT and THE | ) | |
| DEPARTMENT OF HOMELAND | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendants. | ) | |

### AFFIDAVIT OF CESAR GOMEZ-MALDONADO

I, Cesar Gomez-Maldonado, being duly sworn, deposes and says:

1.      My name is Cesar Gomez-Maldonado.  I believe that my mother's name is Ana

Maldonado and my father's name is Cesar Gomez.  My memory of my childhood is not very

clear, and when I talk about dates, I am making my best guess.

2.      I used to live in a town called Guayacan in Puebla State, Mexico with my parents.

My parents abandoned me when I was about seven years old.  Before then, they drank alcohol

and they were usually not aware whether I was there or not.  My father beat and punched me

regularly when he was drunk, and my mother also beat me, but less often.  I usually tried to be at

home as little as possible when they were drinking.  I do not remember talking about where or

when I was born with them.  My parents did not give me any identification documents.

1600108.1

3.    When I was about seven or eight years old, I came home one day and my parents were gone. Because I did not know of any relatives besides my parents, I went to stay with the neighbors, an older couple named Carlotta and Miguel from Guatemala.

4.    Carlotta and Miguel let me live with them for a couple of years. One day, Carlotta and Miguel said that they were going to move, and I left Guayacan.

5.    For the next few years, I traveled around Mexico, worked on papaya farms in Chiapas, and by the time I was about eleven or twelve, I was part of a gang. Eventually, I wanted to leave the gang, but no one could help me do that. The punishment for leaving the gang is death.

6.    In the first week of September in 2006, I was in Tabasco State and I met a group of immigrants who were heading north on the trains. They asked me if I wanted to join them and I was filled with a sense of hope. We rode the trains from Tabasco to the border. It took about three weeks to reach the Mexico-U.S. border because sometimes we had to wait for days for trains that were going in our general direction.

7.    After crossing into the U.S., I was stopped by two immigration agents. They took me to a holding place. One of the agents spoke Spanish and asked me questions. I told him I came from Puebla. I told him about my parents and how they abandoned me. The officers laughed at me. The officer showed me a piece of paper filled with English words and he told me that it was a copy of the questions he just asked and my answers to them. He told me to sign it, and I did. No one ever translated the paperwork to me. Within a day or two, I was sent to El Paso, Texas and then Miami, Florida.



OFFICIAL SEAL
LaVonne Morris
Notary Public
State of Illinois
My Commission Expires 3/12/2011

_Cesar Gomez Maldonado._
Cesar Gomez-Maldonado

1600108.1

-2-

-3-

*LaVonne Morris* Subscribed and sworn to before me
this _20th_ day of _November_, 2007

1600108.1