# EXHIBIT I

INDIANA UNIVERSITY



December 19, 2006

John Pogash
National Juvenile Coordinator
U.S. Immigration and Customs Enforcement
Office of Detention and Removal Operations
801 I Street, NW, Suite 800
Washington, D.C.  20536

SCHOOL OF LAW
INDIANAPOLIS

**REQUEST FOR CONSENT TO SIJ**
**&**
**AGE OUT EXPEDITE REQUEST**
**AS 18th BIRTHDAY BELIEVED TO BE JANUARY 15, 2007**

RE: Cesar GOMEZ- MALDONADO
    A# 98-666-843
    Juvenile, Detained
    DOB: Believed January 15, 1989 (will turn 18 years of age January 15, 2007)

## I. INTRODUCTORY STATEMENT

1.    Cesar Gomez-Maldonado is currently being represented by Linda Kelly
Hill, Professor Law of the Immigration Clinic of Indiana University School of
Law, Indianapolis, Indiana (hereinafter IU).  Counsel is representing Cesar on a
pro bono basis with the assistance of IU law school students who are entitled to
represent aliens pursuant to 8 CFR 292.1.

2.  Cesar is currently in ORR custody at the Southwest Regional Youth Village,
2290 Theobald Lane, Vincennes, IN 47591 (hereinafter "Vincennes").  Counsel
therefore requests the Department of Homeland Security (DHS) provide specific
consent to state court jurisdiction so that such court may consider granting a
dependency order as required for approval of a Special Immigrant Juvenile ("SIJ")
status visa under INA § 101(a)(27)(J)(ii)(I).

3.  Cesar asks that this request be expedited because he will "age out" under
current immigration and Indiana law (the state in which he is currently detained),
when he turns eighteen (18) years of age, which is believed to be on January 15,
2007.  While Cesar was abandoned by his parents at an early age, he believes his
birthday to be January 15, 1989.  Given the imminence of Cesar's 18th birthday,
your earliest attention to this request is respectfully and urgently sought.

OFFICES OF THE FACULTY

Lawrence W. Inlow Hall
530 West New York Street
Indianapolis, Indiana
46202-3225

317-274-8523
http://indylaw.indiana.edu

## II. STATEMENT OF THE LAW

### A. GENERAL SIJ REQUIREMENTS

#### 1. Statutory Requirements

Special Immigrant Juvenile Status (SIJ) is set out by INA § 101(a)(27)(J). Such section states an immigrant is eligible for SIJ status if:

a. A United States juvenile court either declares him dependent on the court or legally commits him to or places him in the custody of an agency or department of the state, ie.., legal guardianship proceedings;

b. A United States juvenile court declares him eligible for long-term foster care due to abuse, neglect or abandonment;

c. An administrative or judicial body determines that is would not be in the alien's best interest to be returned to the alien's or parent's previous country of nationality or last habitual residence; and

d. The Attorney General specifically consents to the juvenile court's jurisdiction to determine the custody status or placement of the alien when the alien is in the actual or constructive custody of the Attorney General.

#### 2. Regulatory Requirements

The regulations supplement such statutory standards. 8 CFR § 204.11(c) provides that an alien is eligible for SIJ status if he:

a. is under twenty-one years of age;
b. is unmarried;
c. has been declared dependent upon a juvenile court;
d. has been deemed eligible by the juvenile court for long-term foster care:
e. continues to be dependent upon the juvenile court and eligible for long-term foster care; and
f. has been the subject of judicial or administrative proceedings in which it has been determined that it would not be in the alien's best interest to be returned to the country of nationality or last habitual residence of the beneficiary or his or her parent or parents.

## B. NECESSITY OF DHS CONSENT

As both the statute and relevant regulations note, when a child is in custody, federal consent must be granted to allow for the state juvenile court to proceed with its determination. The DHS is the agency with the authority to grant such consent. The requirement of consent was passed as a 1997 amendment to 101(a)(27). It's purpose is recognized by the courts and Congress *to limit SIJ status to those who need relief from abuse or neglect, rather than for those applicants who seek the SIJ benefit primarily to obtain permanent resident status.* F.L. v. Tommy Thompson, 293 F.Supp. 2d 86, 88, 98 (Dist. D.C. 2003). As the Congressional Conference Report on the consent amendment further states:

> the language had been modified in order to limit the beneficiaries of this provision to those juveniles for whom it was created, namely abandoned, neglected or abused children, by requiring the Attorney General to determine that neither the dependency order nor the administrative or judicial determination of the alien's best interest was sought primarily for the purpose of obtaining the status of an alien lawfully admitted for permanent residence, *rather than for the purpose of obtaining relief from abuse or neglect.*

F.L. v. Thompson, 293 F.Supp. at 98 (quoting H.R. Rep. No. 105-405, at 2981 (1997)) (emphasis added).

## III. PROCEDURAL HISTORY

1.    Cesar arrived in the United States on or about September 28, 2006 (Exhibit 1, Notice To Appear). The NTA charges Cesar as a native and citizen of El Salvador.

2.    Cesar was first placed in the Boystown shelter in Miami, Florida. He remained in Miami until approximately October 27, 2006. At such time, Cesar was transferred to Vincennes.

3.    Cesar's case is currently pending before the Immigration Court in Chicago, Illinois. His next master calendar hearing is January 4, 2007 (Notice of Hearing, Exhibit 2). Through undersigned counsel, Cesar is moving that such proceedings be terminated. It is the respondent's position that the government will not be able to establish its burden of establishing alienage. While undersigned is aware that the government is in possession of at least one version of a Record of Inadmissible/Deportable Alien (I-213), such version is apparently not properly authenticated by the immigration officer. Consequently, DHS Trial Attorney Kim Kucik (312 353-7317) was unwilling to introduce such I-213 into evidence or provide it to undersigned counsel at respondent's last master calendar hearing (of December 14, 2006). As further explained below, other documentation contained in ORR's record and otherwise collected also fail to establish Respondent's alienage (see, Exhibits 3-15, infra).

## IV. STATEMENT OF THE FACTS

### A. LIFE OF ABANDONMENT, ABUSE AND UNKNOWN ALIENAGE

1.      Prior to arriving in the United States on or about September 28, 2006, Cesar lived in Mexico. Cesar is neither confident of his nationality nor his date of birth. Cesar has repeatedly reported that he was abandoned by his abusive parents at the age of seven. From the age of seven onward, Cesar has been homeless and has survived alternatively by begging, working and finally being forced into gang affiliation. Cesar's tragic history is reflected in numerous ORR documents.

2.      In his first Psychosocial Assessment (Exhibit 3), Cesar's abandonment, abused condition and uncertainty of his alienage or date of birth were clearly reported. The report reflects:

> "[Cesar's] parents used to abuse drugs and alcohol and they used to live in the street. Parents abandoned him when he was 7 years old. He used to go to the house of a Guatemalan family; they used to give him food after a year, he said they were poor and did not help him anymore; he continues living in the streets. Minor said when he was 11 years old he began to work in different places as ranchos picking papayas and he was taking care of him [sic]. He did not know if he had brother [sic], sisters or any other family. *He did not know where or when he was born. Only one time on the anniversary of a saint his mother told him he was born in his day [sic], so he said he is 17 years old on that day.* (Emphasis added)

3.      Cesar has repeatedly indicated his inability to provide his nationality, age and his long life of abandonment and abuse. In his Admission Assessment (Exhibit 4), when asked "Please describe your typical day in your *home country*"(emphasis added) , Cesar refers to Mexico, not El Salvador:

> The child stated that he was *living in a Mexican farm* where he was working. He wakes up at 5:30 AM and starts working. He has breakfast at 8:30 AM and then returns to the farm to continue working. At 1:00 PM one hour lunch. After that, he returns to work until 5:30 PM. Then have relaxing time. The child stated that prior his 11 years old he was living on the street. He was abandoned by his parents at the age of 7 years old. (emph added)

In the same admissions document, the following responded was provided to "Other biographical information":

> The child stated that he had changed his living placed different times due to the gangs warnings. He was advised by the gangs members that his better ways [sic] was to join them or be in trouble. The child state that he refused and ha [sic] has

been moved to different places.

In such report, Cesar also indicated his parents names as Cesar Gomez and Ana Maldonado. However, Cesar also indicated "does not recall" either parent's address and has had no contact with them since 1997. Cesar has also informed undersigned counsel that he only learned his parents' names through the Guatemalan family that took care of him after his parents abandoned him.

Such admission assessment also confirms Cesar's homeless condition. In response to "Have you ever lived on the street" Cesar was reported to have said "YES" and then explained that he "was abandoned by his parents when he was 7 years old. When he was 8 years old he found a Guatemalan family that cared him for a year [sic]. Then he returned to the street. At the age of 11 years old, the child started working in different places and caring him by his own. [sic].

The admission assessment also confirms Cesar's ongoing inability to demonstrate alienage. On at least one occasion, Cesar recalls having difficulty with Mexican immigration, who ultimately let him go because he was a minor.

4.      Other ORR reports corroborate these relevant details of Cesar's life, reflect that Cesar suffers both emotionally and physically from his traumatic life and has no viable family reunification options. These documents include:

a. Exhibit 5, Psycho-Social Summary & Individual Service Plan (10/10/06)

"Minor was abandoned by parents when he was about 7 or 8 years old. He lived on the streets until he was 11 years old. A Guatemalan family used to give him food for a year. After that he continued living on the streets. Gang member wanted him to join them, they threatened him and he to pay them so he does not have to do everything they want and he had to move frequently. He does not know his family; *he does not know where he was born or when he was born.* (Emphasis added).

b. Exhibit 6, Addendum of 10/24/06, Boystown/UMP

"Cesar has been stated that he cannot identify where is he from. He said that has been living in Mexico since he was 7 years old and after his parents left the house he was living with a Guatemalan couple who supported him for approximately 2 years. After that, the child joined to the gangs in the location where he was living with many people from different nationalities. The child stated that he has drugs abused. [sic]

c. Exhibit 7, Catholic Charities Case Note of 10/3/06 - reflecting Cesar's abandonment at age seven and homeless life in Mexico

d. Exhibit 8, Catholic Charities Case Note of 10/6/06 - reflecting Cesar's severe state of

depression ("Minor was with attorney and became very said talking about his life and he was crying and crying.")

e. Exhibit 9, Catholic Charities Case Note of 10/12/06 - reflecting Cesar's abandonment at age seven, homeless life in Mexico and depressed emotional state.

f. Exhibit 10, ORR/DUCS Transfer Request of October 24, 2006 - reporting "The minor currently has no viable sponsor and no family reunification." (Emphasis added). Also reporting Cesar's psychological diagnosis as "Mood Disorder Not Otherwise Specified and PolySubstance Abuse" and "gang related exposure" to Mexican "maras" gang.

g. ORR records also reflect that Cesar has not made a single international call. Such lack of international calls, further corroborate Cesar's abandoned state. Exhibit 11, Local/International Calling Phone Log for ORR/DUCS Youth.

## B. CURRENT BEHAVIOR

Despite such lifelong difficulties, Cesar is reportedly now doing very well at the Vincennes facility. Numerous documents reflect Cesar's improved condition. These include:

1. Exhibit 12, Southwest Indiana Regional Student Progress Report of 11/10/06 - "Quiet and friendly - works hard."

2. Exhibit 13, Southwest Indiana Regional Student Progress Report of 11/17/06 - Cesar "has been very compliant and seems eager to learn."

3. Exhibit 14, Student Progress Report of 11/24/-06 -"Cesar is very quiet and studious."

## C. DHS FAILURE TO PROVE ALIENAGE

1.      While DHS has charged Cesar as a native and citizen of El Salvador (Exhibit 1, NTA), there is no reliable confirmation of Salvadoran nationality. Counsel is aware the DHS is in possession of an unauthenticated I-213 which DHS Trial Attorney, Kim Kucik (DHS T/A 312 353-7317) recognized as unreliable evidence that could neither be admitted to the court nor provided to undersigned counsel.

2.      Furthermore, undersigned counsel has been in contact with the Salvadoran consulate and provided it with all existing information regarding Cesar. The Salvadoran consulate believes confirming Cesar's Salvadoran alienage "unlikely."  In reference to a confirmation of minor's citizenship, Vice Consul Patricia Fernandez Montlavo states "[W]e regret that we are unable to assist you in locating a birth certificate or assuring you of his nationality...I believe is it unlikely that we will be able to locate information regarding Cesar Gomez Maldonado." Exhibit 15, Letter of Salvadoran Viceconsul.

## III. LEGAL ANALYSIS

DHS should consent to juvenile court jurisdiction in this case because Cesar is eligible for SIJ status and because dependency proceedings would be in Cesar's best interest.

Cesar meets all of the statutory and regulatory eligibility requirements for SIJ status. Cesar's life is extremely sympathetic. Cesar was abandoned at the age of seven. He has been physically and emotionally abused. He is unaware of his country of birth and his birthdate. He has no known relatives. Consequently, family reunification is not a viable option for Cesar.

Because Cesar was both abandoned and physically abused, Cesar could easily meet the criteria of "a child in need of services" which pursuant to Indiana law results in a child becoming dependent upon the Indiana juvenile court.[1]  Once declared dependent upon the juvenile court, Cesar should also be eligible for long-term foster care. Furthermore, Cesar does not recognize his country of alienage as El Salvador. He has no contacts or anyone in El Salvador, in Mexico (his last country of residence) or elsewhere who can care for him. Moreover, Cesar now lives in fear of returning to Mexico because of his refusal to participate in gang activities. Cesar's "stateless" and/or "homeless" condition should be more than sufficient for a juvenile court to find that it would not be in Cesar's best interest to be returned to El Salvador, Mexico or elsewhere. Cesar also meets the regulatory requirements of being unmarried and under twenty-one.

It should be further noted that while Cesar's history reflects drug and gang exposure, DHS consent to state court jurisdiction is not a proxy for determining eligibility for lawful permanent residency. As the courts and Congress have noted, the purpose of consent is to limit SIJ status to those who need relief from abuse or neglect, rather than for those applicants who seek the SIJ benefit primarily to obtain permanent resident status. F.L. v. Thompson, supra; H.R. Rep, NO. 105-405, supra. Cesar is clearly a child in need of relief from abuse or neglect.

WHEREFORE, we respectfully request that your consent to juvenile court jurisdiction so that Cesar may proceed to secure the relief from abandonment or abuse which SIJ status is

---

[1] Amongst other reasons, IN § 31-34-1 defines a "child in need of services" to include a child:
a) whose physical or mental health is "seriously impaired or seriously endangered" by the inability , refusal or neglect of the child's parent, guardian or custodian (IN §31-34-1-1);
b) whose physical or mental health is "seriously impaired or seriously endangered an act or omission of the child's parent (IN §31-34-1-2);
c) who is a victim of a sex offense and is subsequently not provided adequate care(IN§31-34-1-3);
d) who is allowed by a parent, guardian or custodian to participate in a obscene performance (IN §31-34-1-4); and
e) who is allowed by a parent, guardian or custodian to commit a sex offense (IN §31-34-1-5).

intended to provide.  Given the imminence of Cesar's 18th birthday (believed date of birth 1/15/89) we also ask that such consent be supplied expeditiously.

Respectfully submitted,

Linda Kelly-Hill, Esq.
Professor of Law
Indiana University School of Law, Indianapolis
530 W New York St.
Indianapolis, IN 46202
(317) 278-4793

U. S. Department of Justice

Immigration and Naturalization Service

**Notice to Appear**

## In removal proceedings under section 240 of the Immigration and Nationality Act

File No: A098 666 863

Case No: PHI20609000028

FIN #: 19666402

In the Matter of:

Respondent: **Cesar GOMEZ-MALDONADO**                                    currently residing at:

SOUTHWEST KEY JUVENILE FACILITY P.O. BOX 607

CANUTILLO TEXAS 79835

(Number, street, city state and ZIP code)                    (Area code and phone number)

☐ 1. You are an arriving alien.

☒ 2. You are an alien present in the United States who has not been admitted or paroled.

☐ 3. You have been admitted to the United States, but are deportable for the reasons stated below.

The Service alleges that you:

    **See Continuation Page Made a Part Hereof**

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

    **See Continuation Page Made a Part Hereof**

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to: ☐ 8 CFR 208.30(f)(2)  ☐ 8 CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:

EL PASO PROCESSING CENTER 8915 MONTANA AVE. EL PASO, TX  79925

(Complete Address of Immigration Court, Including Room Number, if any)

on __a date to be set__ at __a time to be set__ to show why you should not be removed from the United States based on the

  (Date)                (Time)

charge(s) set forth above.

DANIEL MARTINEZ JR

ACTING PATROL AGENT IN CHARGE

(Signature and Title of Issuing Officer)

Date: September 28, 2006

Fort Hancock, Texas

(City and State)

See reverse for important information

Form I-862 (Rev. 3/22/99)N

U.S. Department of Justice
Immigration and Naturalization Service

Continuation Page for Form

| Alien's Name | File Number | Date |
|---|---|---|
| Cesar GOMEZ-MALDONADO | Case No: FHT0609000028<br>A098 666 843 | September 28, 2006 |

The Service alleges that you:

1) You are not a citizen or national of the United States;
2) You are a native of EL SALVADOR and a citizen of EL SALVADOR;
3) You arrived in the United States at or near Fort Hancock, Texas, on or about September 28, 2006;
4) You were not then admitted or paroled after inspection by an Immigration Officer.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

212(a)(6)(A)(i) of the Immigration and Nationality Act, as amended, in that you are an alien present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General.

Signature

JESUS MARTINEZ JR

ACTING PATROL AGENT IN CHARGE

3

Continuation Page (Rev 6/1.)

NOTICE OF HEARING IN REMOVAL PROCEEDINGS
IMMIGRATION COURT
55 EAST MONROE ST., SUITE 1900
CHICAGO, IL  60603

RE:  GOMEZ-MALDONADO, CESAR
FILE:  A98-666-843                    DATE:  Dec 14, 2006

TO:       LINDA KELLY HILL
          INDIANA UNIVERSITY SCHOOL OF LAW
          530 W. NEW YORK STREET
          INDIANAPOLIS, IN  46202

    Please take notice that the above captioned case has been scheduled for a
Master/Individual hearing before the Immigration Court on    1-4-07
at    9am    at

55 EAST MONROE ST., COURTROOM-A
CHICAGO, IL  60603
    You may be represented in these proceedings, at no expense to the
Government, by an attorney or other individual who is authorized and qualified
to represent persons before an Immigration Court.  Your hearing date has not
been scheduled earlier than 10 days from the date of service of the Notice to
Appear in order to permit you the opportunity to obtain an attorney or
representative.  If you wish to be represented, your attorney or representative
must appear with you at the hearing prepared to proceed.  You can request an
earlier hearing in writing.
YOU MUST BRING PHOTO IDENTIFICATION AND HEARING NOTICE TO ENTER THE BUILDING.
    Failure to appear at your hearing except for exceptional circumstances
may result in one or more of the following actions:
    1) You may be taken into custody by the Immigration and Naturalization
Service and held for further action.
    2) Your hearing may be held in your absence under section 240(b)(5) of the
Immigration and Nationality Act.  An order of removal will be entered against
you if the Immigration and Naturalization Service established by clear,
unequivocal and convincing evidence that a) you or your attorney has been
provided this notice and b) you are removable.


IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT CORRECT,
WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION COURT
CHICAGO, IL THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR
TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS.
EVERYTIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE
COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE
ON THE ATTACHED FORM EOIR-33.  ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM
THE COURT WHERE YOU ARE SCHEDULED TO APPEAR.  IN THE EVENT YOU ARE UNABLE TO
OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW
ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE
OF ADDRESS." CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE
SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED
SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.
    A List of Free Legal Service Providers has been given to you.  For
information regarding the status of your case, call toll free 1-800-898-7180
OR 703-305-1662.
BKH

### CATHOLIC CHARITIES OF THE ARCHDIOCESE OF MIAMI, INC
### UNACCOMPANIED MINORS PROGRAM

### PSYCHOSOCIAL ASSESSMENT UPDATE

**I.     IDENTIFYING INFORMATION:**

Minor: Cesar Gomez-Maldonado
Alien #: 098-666-843
DOB: 01/15/89
Age: 17 years old
Sex: Male
Race: White-Hispanic
Religion: Catholic
Language: Spanish
Legal Status: Illegal alien
DOA: 09/29/06
DOE: 10/03/06

**II.     DESCRIPTION OF MINOR/MENTAL STATUS:**
Minor is a 17 years old White-Hispanic boy from El Salvador. He is petite and slim. Minor does not know his DOB he only knows he is 17 years old and he is not sure where he was born because he used to live in the streets abandoned by parents. He was simple, humble and cooperative. He was able to communicate his needs. His speech was simple and familiar.

**III.     PRESENTING PROBLEM/REASON FOR PLACEMENT:**
Minor entered illegally to the country and got detained. He did not have sponsor but he does not want to come back to his country.

**IV.     FAMILY HISTORY:**

Father's Name: Cesar Gomez abandoned minor on 1997
Mother's Name: Ana Maldonado, abandoned minor when he was 7 years old.
Brothers Names: minor said he does not know.
Sisters Names: Minor said he does not know.
Others living in the house: Minor used to work in ranchos, living in different one.
Where were you born? El Salvador. Minor said he is not sure where he was born.
How many siblings do you have? Minor does not know.
Parents Status: Unknown.
Describe your relationship with your parents while you were growing up: Minor said that his parents used to abuse drugs and alcohol and they used to live in the street. Parents abandoned him when he was 7 years old. He used to go to the house of a Guatemalan family; they used to give him food, after a year, he said

they were poor and did not help him anymore; he continues living in the streets. Minor said when he was 11 years old he began to work in different places as ranchos picking papayas and he was taking care of him. He did not know if he had brother, sisters or any other family. He did not know where or when he was born. Only one time on the anniversary of a saint his mother told him he was born in his day, so he said he is 17 years old on that day.

Is there any history of family violence, abuse or neglect? Minor said he was advised by gang members, "maras" to join them or to be in trouble. He used to be with maras but he used to pay them so he did not have to do all they want him to do.He has to move frequently his place of living.

## V.   SUPPORTIVE NETWORK:

Relatives living in the United States: No relatives in USA
Describe your relationship with your sponsor in the U.S.: N/A

## VI.   EDUCATIONAL BACKGROUND:

What is the highest educational level you have reached? No school
Minor's attitude toward school: Minor was not attending school; he said friends taught him how to read and write.
Relationship with Teacher and other Students: N/A
Plans for the future relating to educational/vocational issues: Minor used to work cutting papayas in different ranchos.

## VII.   HEALTH HISTORY:

Do you have any health problems/complaints? No
Are you on any medication? No
Have you ever had a seizure? No
 If yes, what happened? No
Have you or your family had a history of psychiatric problems? No
Have you ever or are you currently using drugs, alcohol or cigarettes? Minor reported he used to smoke marihuana since he was 9 or 10 years old, 3 times a day until April 2006.Minor used to drink an alcoholic beverage called "Cana" about 2 times a week he used to get drank when he was 14 to 16years old.
List some of your leisure interests and aptitudes: Minor likes to play soccer and music.
Are you able to perform by yourself the skills necessary to perform the activities of daily living? Yes

## VIII.   INTERPERSONAL RELATIONSHIPS:

Does Minor Tease or Pick on Other Children: No
Does Minor Avoid Other Children: No
Does Minor Enjoy Being with Other Children: Yes
Is Minor Trusting: Yes
Is Minor Optimistic: Yes
Is Minor Anxious: Minor gets anxious when taking about his life in the streets.
Is Minor Depressed: Yes
Is Minor Hyperactive: No
Is Minor Angry: No
Is Minor Shy: No
Is Minor Happy: Sad when he remembers his past life. Minor feels happy to have food and a place to sleep.
Has Minor Ever Said He/She Wanted to Kill Him/Herself or Others: No as reported by minor.
Did he/She have any Plans: None as reported by minor.

IX.    **OVERALL STAFF IMPRESSION:**
Minor follows directions and participates in daily activities.


X.    **MINOR'S PERCEPTION OF PLACEMENT:**
Minor said he likes everything.


XI.    **RECOMMENDATIONS:**
It is this worker's recommendation that minor continues in this shelter until the Legal matter is resolved, or a suitable sponsor is found.

*The estimated length of service is (circle one): __Short-term (<90days)__ or Longer-term (>90days)*

_Dr. Cecilia Hernandez_ MEd, IMHC    10-03-06
**Staff Signature**                              **Date**

Training Sample A

## ADMISSION ASSESSMENT

A master's level social worker (or equivalent) **completes this form within 3 to 7 days** of the client's arrival, after reviewing the Initial Intake. **Complete the form within 3 days for Chinese, Indian, and other children for whom suitability assessment is necessary.*** The interviewer must have the required training and clinical skills to safely guide and support the child through assessment of several sensitive and potentially re-traumatizing topics, and to properly evaluate results that may warrant psychological diagnosis. The assessment process is an opportunity to convey to the child that his or her experiences, needs, and well-being are centrally important to the interviewer and the facility. Complete all sections of the form. Use your best clinical judgment in determining the phrasing of questions taking into account what is appropriate for the child you're working with. You may expand beyond the questions listed or revisit areas of the initial intake, and should ask additional and follow-up questions as needed to ensure a comprehensive assessment.

| | | | |
|---|---|---|---|
| **1. BIOGRAPHICAL INFORMATION** | | | |
| Child's Name: *(person orientation check)*<br>Cesar Gomez Maldonado | | | Alien Number:<br>098-666-843 |
| AKA: | DOB:<br>1/15/1989 | Gender:<br>Click open | Nationality:<br>El Salvador |

Do you know today's date? *Time orientation check. Keep in mind the response considerations noted on the cognitive screen in weighing the child's answers to orientation questions.* Monday, October 2, 2006.

Do you know where you are? *Place orientation check. If the child seems disoriented to person, place, or time, administer the cognitive screen to further assess the possibility of cognitive impairment.* Miami, Florida

| | |
|---|---|
| Religious Preference:<br>☐ Protestant  ☒ Catholic  ☐ Buddhist  ☐ Muslim<br><br>☐ Jewish  ☐ None  ☐ Other: | Special religious needs: Attend Church<br><br>Marital Status: ☒ Single  ☐ Married<br><br>☐ Other: |
| How long ago did you leave your home country?<br>September 8, 2006 | When did you arrive in the US?<br>September 29, 2006 |

How did immigration officers find you? *Note date and location of apprehension, reasons for placement.*
As soon as he crossed the Sierra Blanca, Texas, he was apprehended by the ICE Officers.

If you were living in the US for a while before apprehension, describe what your life here has been like:
N/A. The child stated that he was apprehended the same day that he arrived into the US.

| | | |
|---|---|---|
| Literacy: ☐ None<br>☒ Read (list):<br><br>☒ Write (list): | Languages spoken/understood:<br>Spanish | Total years of schooling:<br>First Grade |
| Last year of school attended:<br>1997 or 1996. He does not recall | Name of last school:<br>Does not recall | |
| Any work experience (formal or informal)?<br>Picking fruits in the Farm | Any job-related training (formal or informal)?<br>None | |

Please describe your typical day in your home country: The child stated that he was living in a Mexican farm where he was working. He wakes up at 5:30 AM and starts working. He has breakfast at 8:30 AM and then returns to the farm to continue working. At 1:00 PM one hour lunch. After that , he returns to work until 5:30 PM. Then have relaxing time. The child stated that prior his 11 years old he was living on the street. He was abandoned by his parents at the age of 7 years old.

Other biographical information: The child stated that he had changed his living places different times due to the gangs warnings. He was advised by the gangs members that his better ways was to join them or be in trouble. The child said that he refused and ha has been moved to different places.

*Refer automatic suitability assessment cases (e.g. Chinese, Indian) to ORR within 36 hours of intake.

Training Sample A

**II. FAMILY:** With whom did you live in the country of origin? *Note length of stay at each residence.*

| Name | Relationship | Age | Address | Phone | When was last contact with this person: |
|---|---|---|---|---|---|
| N/A | | | | | |
| | | | | | |
| Child's parents: (if not listed above) | | | | | |
| Cesar Gomez | Father | | Does not recall | 1997 | |
| Ana Maldonado | Mother | | Does not recall | 1997 | |
| Child's siblings: | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Child's children: ☒ None | | | | | |

All relatives and close family friends in the US:

| Name | Relationship | Address | Phone(s) | When was last contact with this person? | Is this person expecting child? |
|---|---|---|---|---|---|
| 1. | | | | | |
| Comments: | | | | | |
| 2. | | | | | |
| Comments: | | | | | |
| 3. | | | | | |
| Comments: | | | | | |
| 4. | | | | | |
| Comments: | | | | | |
| 5. | | | | | |
| Comments: | | | | | |
| 6. | | | | | |
| Comments: | | | | | |

2 of 2

Training Sample A

| Is there anyone we can contact for you? | With whom do you hope to live in the US? *What are the child's placement wishes?* |
|---|---|

Other Comments about Family History: The child stated that he was living with a Guatemalan family for a year when he was 8 years old. The he was living on his own until now. The child does not remember specific information about his parents neither other family members.

## III. LEGAL & MIGRATION HISTORY

Have you been to the US before? ☐ YES ☐ NO  If yes, when, where, and for how long?

If yes, describe any previous stay in an unaccompanied minor shelter or program. N/A

Have you ever lived on the street? ☒ YES ☐ NO  If yes, explain: The child was abandoned by his parents when he was 7 years old. When he was 8 years old he found a Guatemalan family that cared him for a year. Then he returned to the street. At the age of 11 years old, the child started working in different places and caring him by his own.

Have you witnessed acts of violence (e.g. deliberate harm to persons or property)? ☐ YES ☒ NO
If yes, explain:

Have you lost any friends or family to violence? ☐ YES ☒ NO  If yes, explain: The child does not remember very well his family members.

Have you been involved in gang activity? *Involvement might include being a member, a target, a "wannabe", or having close associates in these categories.* ☐ YES ☒ NO  If yes, explain: He refused to participated when he was forced to do activities. The he got punish for that.

Have you been involved with the police before? *Police involvement might include being suspected of or arrested for a crime, being the victim of a crime, witnessing a crime, or being the target of harassment.* ☒ YES ☐ NO
If yes, explain:  He was detained in Mexico becase he did not have any document. The police officer let him left because he was a minor.

Are you or your family expected to pay someone for bringing you to this country? *Be alert to indications that the child was smuggled or trafficked in responses to this and the next four questions. If trafficking is suspected then administer the trafficking addendum.*
☐ YES ☒ NO  If yes, explain:

Were you brought to this country to work for someone? ☐ YES ☒ NO  If yes, explain:

Describe your journey to the US:

How did you take care of yourself on the journey here?  Who took care of you?

Are you afraid of anyone harming you? ☐ Yes ☒ No  If yes, explain:

Other comments:

Interviewer: Rate the child's release/family reunification potential (check one):

☒ 0- No options apparent.  Notify Field Coordinator.            ☐ 3-High risk smuggler/trafficker involvement.
☐ 1-Strong sponsor candidate.  Begin reunification packet.            *Immediate follow-up needed. Administer*
☐ 2-Possible sponsor; more assessment needed            *trafficking addendum and notify ORR/DUCS.*

## IV. MEDICAL STATUS *See Initial Intake form for other medical information.*

Have you ever been hit or hurt in a way that left bruises or other marks on your body or caused a lot of pain? *This question explores physical abuse history. If positive history emerges, ask follow-up questions as needed to determine the nature and extent of the abuse.* ☒ YES ☐ NO  If yes, explain: He got hit by the gangs in his right leg.

Have you been sexually active? ☐ YES ☒ NO  If yes, explain:

Have you ever caught an illness from sexual contact? ☐ YES ☒ NO  If yes, explain:

Has anyone ever touched you in a way that made you feel uncomfortable or confused? ☒ YES ☐ NO
If yes, explain:  An older woman tried to touch him, but he refused to do anything.
*This question explores sexual abuse history. Possible follow-up questions may include asking if touching of body parts that are personal, private, male or female, or covered by underwear/swimwear has occurred. It may be helpful to explain that in the US children are protected from touching of these body parts outside of routine or medical care. In evaluating responses and the child's need for treatment consider the norms in the child's country for age at which young people typically begin sexual activity, marry, and attain adult status.*

| Is it possible that you are pregnant? ☐ YES ☐ NO → If no, date of your last menstrual period: |
| If yes, have you received pre-natal care? ☐ YES ☐ NO → If yes, describe: |

Other comments: N/A

Training Sample A

| Interviewer - Rate the child's need for medical attention: 1-Moderate |
|---|

**V. DRUG/ALCOHOL USE:**

What types of drugs or alcohol have you taken? *Assess use of tobacco in addition to use of alcohol, inhalants, and other substances.*

| Name of Substance | Age first used | Frequency/Amount | Pattern of use | Date Last Used | Severity |
|---|---|---|---|---|---|
| Marihuana | 9 or 10 years old | three times a day | | April, 2006 | 3-Severe |
| | | | | | Click open |
| | | | | | Click open |
| | | | | | Click open |
| | | | | | Click open |

Have you used alcohol or other drugs to make yourself feel better? ☐ YES ☒ NO    If yes, explain: *Note the extent of substance use and the reason for not feeling good.* He was forced to use it.

Did family members or other people you lived with use alcohol or other drugs? ☒ YES ☐ NO
If yes, explain: Other people that he met before during work time.

Did you have friends who used alcohol or other drugs? ☐ YES ☒ NO    If yes, explain:

Other comments: The child stated that he did not have friends.

Interviewer – Rate the child's need for substance abuse treatment: 3-Severe

**VI. MENTAL HEALTH STATUS**

| What do you do to have fun? Play. Laugh with friends. Read | What do you do when you are sad or upset to feel better? He likes to be alone. |
|---|---|

| In the past 60 days have you had any of the following happen? | | Explain all yes answers: He was sleeping too little during his travel paying attention the immigration officers. He hopes to have better future He feels anxiety about his future |
|---|---|---|
| Sleeping too little or too much? | ☒ YES ☐ NO | |
| Had nightmares? | ☐ YES ☒ NO | |
| Had difficulty concentrating or paying attention? | ☐ YES ☒ NO | |
| Felt hopeless about the future? | ☒ YES ☐ NO | |
| Felt very sad? | ☐ YES ☒ NO | |
| Experienced serious anxiety? | ☒ YES ☐ NO | |
| Had trouble controlling anger or violent behavior? | ☐ YES ☒ NO | |

| Have you ever had any of the following happen? | | Explain all yes answers: N/A |
|---|---|---|
| Ever tried to hurt yourself? | ☐ YES ☒ NO | |
| Had urges to beat, injure or harm someone? | ☐ YES ☒ NO | |
| Ever thought about attempting suicide? | ☐ YES ☒ NO | |
| Ever attempted suicide? | ☐ YES ☒ NO | |
| Heard voices that others do not hear? | ☐ YES ☒ NO | |
| Seen things/people that others do not see? | ☐ YES ☒ NO | |

Has anyone in your family ever had a problem with their emotions or nerves? ☐ YES ☒ NO
If yes, explain: He does not remember.

Is there anything else about you or your family that you think we need to understand that would be helpful?
No

Other comments: The child requested help

Interviewer – Rate the child's need for mental health treatment: 3-Severe

Staff Signature
Date: 10/02/2006
Staff Name: Belkis Medina          Staff Title: Lead Case Manager

Translator's Signature

4 of 4

**Training Sample A**

Translator's Name:                              Language:

AGENCY NAME
DRAFT 10/10/2006

## PSYCHO-SOCIAL SUMMARY & INDIVIDUAL SERVICE PLAN

| Child's name:<br>Cesar Gomez Maldonado | | Alien<br>098-666-843 | |
|---|---|---|---|
| AKA: | | | |
| | Nationality:<br>El Salvador | DOB:<br>01/15/89 | Gender:<br>Male |

### PSYCHOSOCIAL SUMMARY

1) Present level of functioning

- Major stressors; Minor was abandoned by parents when he was about 7 or 8 years old. He lived on the streets until he was 11 years old. A Guatemalan family used to give him food for a year. After that he continued living on the streets. Gang member wanted him to join them, they threatened him and he had to pay them so he does not have to do everything they want and he had to move frequently. He does not know his family; he does not know where he was born or when he was born. Minor never attended school.
- Major strengths: Minor learned how to read and write. He used to work in ranchos. Minor wants to have a better life.
- Skills: Minor used to work in agriculture.
- Deficits: Lack of English. Little academic skills.

2) Family history, family relationships

- Psychiatric and/or substance abuse treatment: None as reported by minor.
- Separation, Divorce, Death: parents abandoned minor when he was 7 years old.
- Abuse/violence: Minor has to deal with gangs and to pay them. The gangs induced minor to alcohol and marihuana. He said when he did not want to do something the gang wants him to do it he has to pay them.

3) Significant past history

- Past psychiatric: None as reported by minor.
- Past substance abuse: Minor used marihuana and alcohol when he was about 11 years old to 15 years old, the gang forced him to use drugs and alcohol.
- Past medical: Minor said he fell from a tree when he was 8 years old, he cured himself. Gang hit him behind his ears, he has a scar, he cured himself.
- Outcome of treatment: Minor said he is feeling fine.
- Early Childhood History: minor only remembers that his parents used to abuse drugs and alcohol and they used to live in the streets. Minor said that his parents abandoned him leaving him when he was about seven years old.

4) Pressing problem(s), if any:

- Minor does not want to come back to Mexico, he does not have anything there; he is afraid of gangs, but he did not have relatives or friends in USA.

-

5  History of presenting problems, if any (symptoms, duration, precipitating factors)

- Symptoms:

Addendum

**Date**: 10/24/2006
**Minor:** Cesar Gomez Maldonado
**DOB**: 01/15/1989
**Date of Admission**: 09/29/2006

This information will be served as an updated to the initial information due to some new information provided by Cesar.

Cesar has been stated that he cannot identify where is he from. He said that has been living in Mexico since he was 7 years old and after his parents left the house, he was living with a Guatemalan couple who supported him for approximately 2 years. After that, the child joined to the gangs in the location where he was living with many people from different nationalities. The child stated that he has drugs abused. At the beginning he admitted the Marihuana, but later on the child admitted the cocaine derivation and some substances that contains gasoline to inhale.

After the medical screening the tests showed that the child has some stomach's problems. The Medical Coordinator, Maria Plaza is working to find out the specialist to start his tests as soon as possible.

During this last week, the child has been turned into an aggressive child. He is looking into some costumes of his life on the street. He is going from very high level of anxiety to a big depression. He shows to be very sad and minutes later very happy. He has very low level to control his attitude when he feels sad and does not accept that the staff speaks to him and lose a little big control.

You should receive in your hands a written letter that shows the minor's thoughts after he got an incident today in the morning with another minor after playing.

**Belkis Medina**
**Lead Case Manager**
**Boystown/UMP**

Client Name: _Cesar gury H._
Alien #: _098-666-243_

# UNACCOMPANIED MINORS PROGRAM
## CATHOLIC CHARITIES OF THE ARCHDIOCESE OF MIAMI
### Case Note

Date: 10-03-06
Time: 10:00-11:00

Behavior: Minor is a 17 years old boy from El Salvador he said he does not remember his DOB, his mother one day told him in a holiday that it was his birthday and he said he knows he is 17 years old

Assessment: Counselor provided minor with information about counseling services, monitored mood and depression Beck Questionnaire applied, and reviewed with minor the ORR ISP.

Response: Minor said that his parents used to abuse drugs and alcohol once they used to live on the streets, he does not remember where he was born he knows that he was living in Guayacan Mexico. His parents abandoned him when he was 7 years old a Guatemalan family used to give him food for about one year, when he was 11 years old he began working in ranches picking papayas

Plan: The ranch forced him to smoke marihuana and take alcohol once he was 11 to 15 years old he had to pay people in the gangs when he did not want to do something they want him to do. He said the police used to pick him up

Provider: _Cecilia Hernandez MED, IMHC_
Name and Title
_Counselor_

Client Name: _Cecia Gudiel Maldonado_
Alien #: _098-066-843_

# UNACCOMPANIED MINORS PROGRAM
## CATHOLIC CHARITIES OF THE ARCHDIOCESE OF MIAMI
### Case Note

Date: 02-06-06
Time: 12:30-1:30

**Behavior:** _Minor reported that since yesterday he felt like crying and crying and came to his mind all what happen to him in his country_

**Assessment:** _facilitate expression of feelings - gives support and feedback, self-talk and rythmic breathing - Referral to Psychiatrist_

**Response** _He said when he remember his life he feels very sad and wants to cry. Minor was with attorney and became very sad talking about his life and he was crying and crying._

**Plan:** _Bring journal - Take herbal tea at night - He will do self talk. Medical Coordinator was contacted re referral to Psychiatrist_

_Amelia Hernandez MCA, IMHC_
Provider:    Name and Title
_Counselor_

Clie   Name: *Craig Guy Hardware*
Alien #: 098-666-843

# UNACCOMPANIED MINORS PROGRAM
## CATHOLIC CHARITIES OF THE ARCHDIOCESE OF MIAMI
### Case Note

Date: 10-19-06
Time: 4:00 - 5:00

Behavior: Minor is doing better. he is sleeping better but still bit mad remembering his life in Mexico

Assessment: Monitored minor's mood, encourage minor to verbalized feelings give him support and feedback.

Response: Minor said parents used to live he abandoned where in a train station in Toluca Mexico. Brother sent minor to a school when he was 7 years old. he used to stay one week and came back and after 2 months he came back one weekend and parents were gone. he continue living with a family who gave him food.

Plan: Continue monitoring minor.

Provider: Cecilia Hernandez MSW, IMHC
          Name and Title
          Counselor

# ORR/DUCS Transfer Request and Tracking Form

Last Revised 10/28/05

| Current Facility | Case Worker | DUCS Field Coordinator |
|---|---|---|
| Boystown | Belkis Medina | Karen Husted |

## MINOR

| Alien Number | Last Name | First Name | DOB | Age | Sex | Country of Birth | Date of Placement [1] |
|---|---|---|---|---|---|---|---|
| 098 666 843 | Gomez-Maldonado | Cesar | 1/15/89 | 17 | M | El Salvador | 9/29/06 |

AKA:

| Height | Weight | Eye Color | Identifying Marks |
|---|---|---|---|
| 5ft 0in | 118lbs | Brown | scar on right eyebrow |

## Transfer Request

| | | Has the minor's attorney been contacted? [2] | |
|---|---|---|---|
| Requesting Party | Reason for Request | Request Date | Attorney of Record | Phone |
| Current Facility | Minor's Safety | 10/24/06 | Florida Immigrant Advocacy Center | 305-573-110 |

| Type of Facility Requested |
|---|
| Staff-Secure |

## Case File Summary

### Minor's Medical/Mental Health Summary

Minor has been seen by the Psychiatrist today, 10/24/06, after an altercation with another peer and he was diagnosed with Mood Disorder Not Otherwise Specified and Poly Substance Abuse. Minor shared with the Psychiatrist a history of suicide attempts-he did not share this with shelter staff

### Behavior Summary (history of flight risk, aggressive/assaultive and sexually inappropriate behavior)

Minor has been evaluated by the Psychiatrist today, when confronted the minor confirmed. The minor has long history of poly substance abuse. The minor has displayed aggressive and remorseless behavior in the shelter. He had a physical altercation with another minor today, 10/24/06 and Internal Incident Report was completed. He was the aggressor. Following the incident and sessions with the Lead Case Manager, Field Coordinator, and Clinician, the minor continued to state that he will harm the other minor- he reports that he will hurt him and he does not care the cost. Despite numerous interventions, the minor continued his verbal threats. The minor wrote a letter to the Lead Case Manager with states that he plans to carry out a plan of revenge no matter what the costs. The other minor had to be moved to the girls dormitory for safety precautions. Cesar showed staff some furniture screws he took apart and stated he knows what to do and will do it - referring to using the long screws as a weapon to injure the other minor.. Cesar was involuntarily committed by the police to a mental health facility on 10-24-06 due to his homicidal ideation. The hospital called today stating that Cesar was stable and that his problems are more behavioral in nature and was ready for discharge. Based on the minor aggressive behavior, determined threats of harm to injure another minor, substance abuse history and gang related exposure, the shelter is requesting transfer to a secure facility.

### Current Status of Family Reunification

The Minor currently has no viable sponsor and no family reunification options.

### Immigration Court Status

[1] Date of Placement – The date the minor was placed with the current facility.

[2] Minor's attorney(s) must be contacted prior to a transfer occurring.

**LOCAL/INTERNATIONAL CALLING PHONE LOG FOR ORR/DUCS YOUTH**

Youth's name:  Cesar Gomez Maldonado

Admit date:                                    A

| DATE/UNIT | STAFF | TIME OF CALL | NAME AND PHONE NUMBER | OUTGOING INCOMING |
|---|---|---|---|---|
| 10/29/06 | Vilma | 3:15pm | 305-380-0141 Boys Town | Outgoing |
| 10/30/06 | Vilma | 6:15pm | Attorney Michelle 305-905-2206 | Incoming |
| 11/1/06 | Vilma | 5:46pm | Attorney Michelle | Outgoing |
| 11/3/06 | Vilma | 7:00pm | Boys Town 305-380-0141 Teresa | Outgoing |
| 11/9/06 | Vilma | 8:25pm | Boys Town  305-380-0141 Patricia. | Outgoing |
| 11/10/06 | Vilma | 7:40pm | Boys Town 305-380-0141 Maria | Outgoing |
| 1113/06 | Vilma | 6:22pm | Boys Town Maria | Outgoing |
| 11/16/06 | Vilma | 7:48pm | Refused to call | ---------- |
| 11/19/06 | Vilma | 8:30pm | Boys Town  Theresa 305-380-0141. | Outgoing |
| 11/24/06 | Vilma | 7:23pm | Refused to call | ---------- |
| 11/26/06 | Vilma | 8:28pm | Boys Town Michelle | Outgoing |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

*BH*

# SOUTHWEST INDIANA REGIONAL YOUTH VILLAGE
## ORR/DUCS STAFF SECURE PROGRAM
### STUDENT PROGRESS REPORT

Name: *Cesar Maldonado*    Week of: *11-10-06*

A#_____    Teacher's Name: *Allen*

| | | | | | |
|---|---|---|---|---|---|
| Classroom Behavior | Excellent( ) | Good( ) | Fair( ) | Poor( ) | Very Poor( ) |
| Academic Progress | Excellent( ) | Good( ) | Fair( ) | Poor( ) | Very poor( ) |
| Effort | Excellent( ) | Good( ) | Fair( ) | Poor( ) | Very Poor( ) |
| Peer Relationship | Excellent( ) | Good( ) | Fair( ) | Poor( ) | Very Poor( ) |

SUBJECTS:
Math            ( )
English         ( )
Reading         ( )
Social Studies  ( )

*Problem Behavior:

| | Mild | Moderate | Severe | | Mild | Moderate | Severe |
|---|---|---|---|---|---|---|---|
| Disrespectful to teacher | ___ | ___ | ___ | Inattentive, daydreams | ___ | ___ | ___ |
| Aggressive to others | ___ | ___ | ___ | Talks during class | ___ | ___ | ___ |
| Sleeps during class | ___ | ___ | ___ | Destroys property | ___ | ___ | ___ |
| Has difficulty sitting still | ___ | ___ | ___ | Oppositional | ___ | ___ | ___ |
| Assignments not completed | ___ | ___ | ___ | Not-compliant | ___ | ___ | ___ |

COMMENTS: *Quiet and friendly - works hard*

# SOUTHWEST INDIANA REGIONAL YOUTH VILLAGE
## ORR/DUCS STAFF SECURE PROGRAM
### STUDENT PROGRESS REPORT

Name: _Cesar Gomez Maldonado_    Week of: _11/17/06_

A# _____    Teacher's Name: _Mason / Hawley_

| | | | | |
|---|---|---|---|---|
| **Classroom Behavior** | Excellent(X) | Good( ) | Fair( ) | Poor( )   Very Poor( ) |
| **Academic Progress** | Excellent(X) | Good( ) | Fair( ) | Poor( )   Very poor( ) |
| **Effort** | Excellent(X) | Good( ) | Fair( ) | Poor( )   Very Poor( ) |
| **Peer Relationship** | Excellent(X) | Good( ) | Fair( ) | Poor( )   Very Poor( ) |

**SUBJECTS:**
Math          (X)
English       (X)
Reading       ( )
Social Studies ( )

*Problem Behavior:

| | Mild | Moderate | Severe | | Mild | Moderate | Severe |
|---|---|---|---|---|---|---|---|
| Disrespectful to teacher | ___ | ___ | ___ | Inattentive, daydreams | ___ | ___ | ___ |
| Aggressive to others | ___ | ___ | ___ | Talks during class | ___ | ___ | ___ |
| Sleeps during class | ___ | ___ | ___ | Destroys property | ___ | ___ | ___ |
| Has difficulty sitting still | ___ | ___ | ___ | Oppositional | ___ | ___ | ___ |
| Assignments not completed | ___ | ___ | ___ | Not-compliant | ___ | ___ | ___ |

COMMENTS: _Cesar just came to B-David yesterday, Thursday 11-16-06. He has been very compliant and seems eager to learn._

# SOUTHWEST INDIANA REGIONAL YOUTH VILLAGE
## ORR/DUCS STAFF SECURE PROGRAM
### STUDENT PROGRESS REPORT

Name: _Cesar Gomez Maldonado_    Week of: _11/24/06_

A#_____    Teacher's Name: _Hawley / Mason_

Classroom Behavior    Excellent(X)  Good( )   Fair( )   Poor( )   Very Poor( )

Academic Progress    Excellent(X)  Good( )   Fair( )   Poor( )   Very poor( )

Effort    Excellent(X)  Good( )   Fair( )   Poor( )   Very Poor( )

Peer Relationship    Excellent(X)  Good( )   Fair( )   Poor( )   Very Poor( )

SUBJECTS:
Math             (X)
English          (X)
Reading          (X)
Social Studies   ( )

*Problem Behavior:

| | Mild | Moderate | Severe | | Mild | Moderate | Severe |
|---|---|---|---|---|---|---|---|
| Disrespectful to teacher | __ | __ | __ | Inattentive, daydreams | __ | __ | __ |
| Aggressive to others | __ | __ | __ | Talks during class | __ | __ | __ |
| Sleeps during class | __ | __ | __ | Destroys property | __ | __ | __ |
| Has difficulty sitting still | __ | __ | __ | Oppositional | __ | __ | __ |
| Assignments not completed | __ | __ | __ | Not-compliant | __ | __ | __ |

COMMENTS: _Cesar is very quiet and studious._

_____

_____

_____

_____

_____

_____



*Consulado General de la República de El Salvador*
*104 South Michigan Avenue, Suite 816,*
*Chicago, Illinois 60603*

December 12, 2006

Professor Linda Kelly Hill
IUPUI Indiana University
503 W. New York St.
Indianapolis, Indiana 4620256

Ref. Cesar Gomez Maldonado

Dear Professor Hill:

This letter responds to your request for vital records and establishment of nationality for the minor Cesar Gomez Maldonado. We have considered your request, however, based upon the limited information you have been able to provide regarding Mr. Gomez's family background, we regret that we are unable to assist you in locating a birth certificate or assuring you of his nationality.

To Better assist you please provide me with an exact date of birth, place of birth, mother and fathers full name. Again given the limited information provided, I believe it is unlikely that we will be able to locate information regarding Cesar Gomez Maldonado.

Please feel free to contact me with any further questions you may have.

Sincerely,

Patricia H. Fernandez Montlavo
Viceconsul