# EXHIBIT L



*Office of Detention and Removal Operations*
**U.S. Department of Homeland Security**
801 I Street, NW
Washington, DC 20536

**U.S. Immigration and Customs Enforcement**

June 5, 2007

Linda Kelly-Hill, Esq.
Professor of Law
Indiana University School of Law
530 W. New York Street
Indianapolis, IN 46202

Re: Cesar Gomez Maldonado (A98 666 843)

Dear Ms. Kelly-Hill:

This decision is issued in response to your letter dated March 20, 2007, requesting a reconsideration of the denial dated February 14, 2007. The denial was in response to your request dated December 19, 2006, requesting that the Secretary of the Department of Homeland Security (the Secretary) relinquish federal custody jurisdiction over your client, Cesar Gomez Maldonado (Cesar), who is in federal immigration proceedings, and consent to the state juvenile court's exercise of custody jurisdiction. Such relinquishment would allow your client to pursue a Special Immigrant Juvenile (SIJ) classification under section 101(a)(27)(J) of the Immigration and Nationality Act (INA).

In support of your request for reconsideration, you submitted the following evidence: 1) Letter dated March 20, requesting a reversal of the denial; and, 2) "Exhibit A", Dental Exam of Forensic Odontologist Kenney, dated January 10, 2007; and, 3) "Exhibit B", Email of Maureen Dunn, DUCS Director, dated January 10, 2007.

The Office of Detention and Removal carefully considered the additional information you provided in your letter dated March 20, 2007.

Unfortunately, the additional evidence submitted in this case does not sufficiently establish that Cesar is an alien eligible for long term foster care as required to establish eligibility for special immigrant juvenile status. *See* 8 C.F.R. 204.11(a).

Linda Kelly-Hill
Re: A98 666 843
Page 2

Consequently, Cesar's application for federal consent to the custody jurisdiction of a state juvenile court does not sufficiently establish that he is reasonably likely to meet his burden of proof in establishing the statutory and regulatory requirements for an SIJ classification. Accordingly, the decision dated February 14, 2007, denying consent, remains the decision of this office.

Sincerely,

M. Yvonne Evans
Chief
Juvenile and Family Residential Management Unit
Immigration and Customs Enforcement
Office of Detention and Removal Operations

*Certain information contained in this document may be subject to privilege. The Agency has waived said privilege for the limited purpose of this document, but does not waive any applicable privileges to information not contained herein.*