**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Cesar Gomez-Maldonado, *a Minor*, (Agency No. A98 666 843) | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| M. YVONNE EVANS, Chief of the Juvenile and Family Residential Management Unit of the Detention and Removal Operations for the Bureau of Immigration and Customs Enforcement in the Department of Homeland Security, THE BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT and THE DEPARTMENT OF HOMELAND SECURITY, | ) ) ) ) ) ) ) ) ) ) ) | No. 07 C 6657  Judge William T. Hart  Magistrate Judge Susan E. Cox |
| Defendants. | ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on December 5, 2007, at 11:00 a.m., or as soon thereafter as

counsel may be heard, Plaintiff Cesar Gomez-Maldonado will appear before the Honorable

William T. Hart in Room 2243, Dirksen Federal Building, 219 South Dearborn Street Chicago,

Illinois 60604, and present the attached MOTION FOR TEMPORARY RESTRAINING

ORDER AND PRELIMINARY INJUNCTION.

Dated: November 28, 2007               Respectfully submitted,


By:    s/Howard S. Suskin
                   One of Plaintiff's Attorneys

Howard S. Suskin (# 6185999)
Grace S. Ho (# 6293010)
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Telephone: 312 222-9350
Facsimile: 312 527-0484