## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Cesar Gomez–Maldonado
                               Plaintiff,

v.                                                     Case No.: 1:07–cv–06657
                                                         Honorable William T. Hart

M Yvonne Evans
                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 5, 2007:

      MINUTE entry before Judge William T. Hart :Motion hearing stricken. Response to plaintiff's motion for temporary restraining order and preliminary injunction[7] is due by noon on 12/11/2007.Status hearing set for 12/12/2007 at 11:00 AM.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.