**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Cesar Gomez-Maldonado, *a Minor*, | ) |
| (Agency No. A98 666 843), | ) |
| | ) |
| Appellant | ) |
| | ) |
| vs. | ) |
| | ) |
| M. YVONNE EVANS, Chief of the | ) |
| Juvenile and Family Residential | ) |
| Management Unit of the Detention and | ) |
| Removal Operations for the Bureau of | ) |
| Immigration and Customs Enforcement | ) |
| in the Department of Homeland Security, | ) |
| THE BUREAU OF IMMIGRATION | ) |
| AND CUSTOMS ENFORCEMENT and | ) |
| THE DEPARTMENT OF HOMELAND | ) |
| SECURITY. | ) |
| | ) |
| Appellees. | ) |

No. 07 C 6657

Judge William T. Hart

Magistrate Judge Susan E. Cox

**NOTICE OF VOLUNTARY DISMISSAL OF APPEAL AND MOTION FOR**
**TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Appellant Cesar Gomez-Maldonado, pursuant to Fed. R. Civ. P. 41(a)(1)(i),

hereby dismisses without prejudice his claims in this case against appellees (collectively

"DHS") because DHS has agreed to grant specific consent to state juvenile court

jurisdiction over appellant's petition for a dependency order.

Dated:  December 10, 2007                     Respectfully submitted,


                                             By:    s/Howard S. Suskin
                                                    One of Appellant's Attorneys

Howard S. Suskin (# 6185999)
Grace S. Ho (# 6293010)
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Telephone: 312 222-9350
Facsimile: 312 527-0484