## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Cesar Gomez–Maldonado
                              Plaintiff,

v.                                               Case No.: 1:07−cv−06657
                                                       Honorable William T. Hart

M Yvonne Evans
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 10, 2007:

      MINUTE entry before Judge William T. Hart :Status hearing set for 12/12/2007 is stricken. Plaintiff's motion for temporary restraining order and preliminary injunction [7] is withdrawn; therefore, response due 12/11/2007 is stricken.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.