# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William T. Hart | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6657 | **DATE** | 12/10/2007 |
| **CASE TITLE** | Cesar Gomez-Maldonado vs. M. Yvonne Evans, et al. | | |

**DOCKET ENTRY TEXT**

This case is voluntarily dismissed without prejudice pursuant to FRCP 41(a)(1)(i).

Docketing to mail notices.

| | Courtroom Deputy Initials: | CW |
|---|---|---|